**Order entered January 26, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-01160-CV

**WORLD FOOD IMPORTS, INC., AND KGF WORLD FOOD WAREHOUSE, INC., Appellants**

**V.**

**HHO UNITED GROUP, INC., AS ASSIGNEE OF NIHAYA QADDURA AND SHARIF CHOUDHURY, Appellees**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05428**

### ORDER

Before the Court is appellants' January 24, 2023 unopposed first motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time until **February 27, 2023**.

/s/　　BILL PEDERSEN, III
　　　　JUSTICE